474 A.2d 688

Commonwealth, Appellant, v. Elmo.

Submitted December 7, 1983. Granbery

Goodnow, Assistant District Attorney, for Commonwealth, appellant; William R. Bernhart, for appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., filed a dissenting memorandum.